IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2012 AUG 29 PM 4:33

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CB3002 |
| | ) | VIOLATION NO. NE 16 1752652 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| JEFFERY GOLLOBIT, | ) | MOTION AND ORDER TO |
| | ) | REDUCE FINE |
| Defendant. | ) | |

This Court has previously entered an Order (Filing #8) on March 3, 2011, reducing the fine to $150.00, with a $25.00 processing fee and a $10.00 special assessment. The defendant made a payment of $185.00 on July 4, 2012. The undersigned has been informed that certain penalties and interest for late payment have been assessed by the Central Violations Bureau, and continue to accrue. Accordingly, the undersigned moves this Court waiving any penalties and interest which have, or may, be assessed in this case.

Respectfully Submitted,

UNITED STATES OF AMERICA

By: DEBORAH R. GILG
United States Attorney
District of Nebraska

And: ALAN L. EVERETT #15387
Assistant U. S. Attorney

## ORDER

IT IS SO ORDERED this 29th day of August, 2012.

BY THE COURT:

CHERYL R. ZWART
United States Magistrate Judge